IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Gloria A

Printed:  2/19/08

Case Number:  06 B 12497
Judge:  Hollis, Pamela S
Filed:  10/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  December 17, 2007
Confirmed:  December 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,504.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,867.45 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,334.00 |
| Trustee Fee: |  | 227.26 |
| Other Funds: |  | 75.29 |
| Totals: | 4,504.00 | 4,504.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,334.00 | 1,334.00 |
| 2. | ECast Settlement Corp | Unsecured | 398.76 | 41.69 |
| 3. | Wells Fargo Financial Bank | Unsecured | 602.98 | 48.93 |
| 4. | ECast Settlement Corp | Unsecured | 258.96 | 21.02 |
| 5. | Capital One | Unsecured | 3,594.15 | 376.34 |
| 6. | Discover Financial Services | Unsecured | 3,895.32 | 407.87 |
| 7. | American Express | Unsecured | 5,571.28 | 583.38 |
| 8. | ECast Settlement Corp | Unsecured | 121.60 | 0.00 |
| 9. | Capital One | Unsecured | 8,060.67 | 844.07 |
| 10. | ECast Settlement Corp | Unsecured | 4,166.96 | 436.33 |
| 11. | RoundUp Funding LLC | Unsecured | 491.14 | 39.86 |
| 12. | B-Real LLC | Unsecured | 624.48 | 50.70 |
| 13. | Charming Shoppes-Fashion Bug | Unsecured | 69.21 | 0.00 |
| 14. | Kohl's/Kohl's Dept Stores | Unsecured | 212.75 | 17.26 |
| 15. | Washington Mutual Finance | Secured |  | No Claim Filed |
| 16. | Empress Riverboat Casino | Unsecured |  | No Claim Filed |
| 17. | Chase | Unsecured |  | No Claim Filed |
| 18. | Monogram Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,402.26 | $ 4,201.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 95.00 |
| 5.4% | 132.26 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Gloria A

       Printed:  2/19/08

Case Number:  06 B 12497

Judge:  Hollis, Pamela S

Filed:  10/2/06

_____

$ 227.26

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: